# MINUTES

```
 CASE NUMBER:      CR 18-00101HG-002

                   CR 19-00088HG
 CASE NAME:        UNITED STATES OF AMERICA v. (02) LYNDIE
                   KAUHI

                   UNITED STATES OF AMERICA v. LYNDIE KAUHI
 ATTY FOR PLA:     Rebecca Ann Perlmutter, AUSA
 ATTY FOR DEFT:    Clarence McCurdy Virtue, Esquire
```

|       |                  |           |                   |
|-------|------------------|-----------|-------------------|
| JUDGE: | Helen Gillmor   | REPORTER: | Ann B. Matsumoto  |
| DATE:  | 02/06/2020      | TIME:     | 3:05 PM-3:18 PM   |

COURT ACTION:   EP      STATUS CONFERENCE

Defendant LYNDIE KAUHI is present, in custody.

Discussion held.

Defendant LYNDIE KAUHI no longer wishes to file further pleadings.  Defense counsel informed the Court that he reviewed the transcript of the hearing held on December 30, 2019 with Defendant.  Mr. Virtue believes that his client LYNDIE KAUHI is competent and does not need a mental examination.  The Government concurs.

Based on defense counsel's request as to CR 19-00088HG UNITED STATES OF AMERICA v. LYNDIE KAUHI, Sentencing is set for February 20, 2020 at 1:30 PM before the Honorable Helen Gillmor.

Defendant LYNDIE KAUHI is remanded into the custody of the United States Marshals Service.

Submitted by: Mary Feria, Courtroom Manager